MALCOLM ARNOLD ET AL. *v.* RESIDENTIAL
INSPECTION TECHNOLOGY, INC.
(8709)

FOTI, LAVERY and LANDAU, Js.
Argued June 5—decision released June 13, 1990

*Herbert F. Rosenberg,* for the appellant (defendant).
*Donald N. Carlow,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.

JOSE DIAZ *v.* WARDEN, STATE PRISON
(8461)

NORCOTT, FOTI and LANDAU, Js.
Argued June 11—decision released June 13, 1990

*Benjamin F. Cardinez,* for the appellant (petitioner).
*James M. RAlls,* deputy assistant state's attorney,
with whom, on the brief, was *Kevin McMahon,* assist-
ant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.